ERIK BABCOCK, SBN 172514
Attorney at Law
1212 Broadway, Suite 726
Oakland, CA 94612
510-452-8400
510-452-8405

Attorney For Defendant
Moses Lopez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-601 JCS |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING HEARING** |
| v. | |
| MOSES LOPEZ, | |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED between the parties that this matter may be continued from July 31, 2009 at 10:30 a.m. to August 14, 2009 at 10:30 p.m. on the grounds that Mr. Lopez has a medical condition that temporarily makes it difficult for him to attend court.

IT IS FURTHER STIPULATED that the period from July 31, 2009 to and

**STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING HEARING** 1

including August 14, 2009 may be excluded from the time period in which this matter must be brought to trial under the Speedy Trial Act pursuant to 18 U.S.C. section 3161(h)(3)(A) due to the defendant's unavailability.

**SO STIPULATED.**

DATED: July 29, 2009

By: /S/Acadia Senese
ACADIA L. SENESE
Special Assistant United States Attorney

DATED: July 29, 2009

By: /S/Erik Babcock
ERIK BABCOCK
Attorney for Defendant

**SO ORDERED**

DATED: 7/30/09

Honorable Judge Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND** ~~PROPOSED~~ **ORDER CONTINUING HEARING**

2