JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ACADIA SENESE (CABN 251287)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:(415) 436-6809
    Fax:  (415) 436-7234
    Email: acadia.senese@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 09-0601 MAG |
|     Plaintiff, ) | |
|      ) | STIPULATION AND |
|     v. ) | ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM AUGUST |
| MOSES A. LOPEZ, ) | 14, 2009, TO SEPTEMBER 18, 2009 |
|     Defendant. ) | |

    On August 14, 2009, the parties in this case appeared before the Honorable Joseph C. Spero for a status hearing. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculation from August 13, 2009 to September 18, 2009 for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties

//
//
//
//

Proposed Stipulation and Order
CR No. 09-0601 MAG            1

1 | also agreed that the ends of justice served by granting such a continuance outweighed the best
2 | interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).
3 | IT IS SO STIPULATED:

4 | JOSEPH P. RUSSONIELLO
United States Attorney

6 | DATED: 8/21/09        /s/
7 | ACADIA SENESE
Special Assistant United States Attorney

8 | DATED: 8/21/09        /s/
9 | ERIK BABCOCK
Attorney for Moses A. Lopez

11 | IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from August
12 | 14, 2009, to September 18, 2009, under 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. §
13 | 3161(h)(8)(B)(iv).

15 | IT IS SO ORDERED.

17 | DATED: 8/24/09
18 | THE HON.
United States Magistrate Judge
(Judge Joseph C. Spero)

Proposed Stipulation and Order
CR No. 09-0601 MAG                    2