ERIK BABCOCK, SBN 172514
Attorney at Law
1212 Broadway, Suite 726
Oakland, CA 94612
510-452-8400
510-452-8405

Attorney For Defendant
Moses Lopez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-601 JCS |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING HEARING** |
| v. | |
| MOSES LOPEZ, | |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED between the parties that this matter may be continued from September 18 at 10:30 a.m. to October 23, 2009 at 10:30 a.m. on the grounds that counsel for Mr. Lopez started trial this week in state court and is unavailable for approximately one month.

IT IS FURTHER STIPULATED that the period from September 18 at 10:30 a.m. to

**STIPULATION AND ~~PROPOSED~~ ORDER
CONTINUING HEARING** 1

October 23, 2009 at 10:30 a.m. may be excluded from the time period in which this matter must be brought to trial under the Speedy Trial Act pursuant to 18 U.S.C. section 3161(h)(3)(A) due to the defendant's unavailability.

**SO STIPULATED.**

DATED: September 17, 2009

By: /S/Acadia Senese
ACADIA L. SENESE
Special Assistant United States Attorney

DATED: September 17, 2009

By: /S/Erik Babcock
ERIK BABCOCK
Attorney for Defendant

**SO ORDERED**

DATED: 09/17/09

Honorable [signature: Judge Joseph C. Spero]
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND** ~~PROPOSED~~ **ORDER CONTINUING HEARING**                                                                   2